**Order filed, March 16, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00148-CV

_____

### ROBERTO ALONZO AND NEW PRIME, INC., Appellant

### V.

### CHRISTINE JOHN AND CHRISTOPHER LEWIS, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2014-44841**

## ORDER

The reporter's record in this case was due March 10, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Gajevsky, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.